```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBER TECHNOLOGIES, INC., UBER USA, LLC, RASIER-NY, LLC, RASIER, LLC, and RASIER-CA, LLC,

                Plaintiffs,

-against-

AMERICAN TRANSIT INSURANCE COMPANY,

                Defendant.

24 Civ. 1207 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 16, 2024, Plaintiffs commenced this action. Compl., ECF No. 1. The Court has been advised that due to a technological error in the Court's ECF system, two exhibits Plaintiffs sought to attach to the complaint do not appear on the electronic docket. Accordingly, by **February 21, 2024**, Plaintiffs shall refile their complaint with the appropriate exhibits.

      The Clerk of Court is directed to strike the complaint at ECF No. 1.

      SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge